No. 1038. GRASBERGER, TRUSTEE IN BANKRUPTCY, ET AL. *v.* CALISSI, EXECUTRIX, ET AL. C. A. 3d Cir. Certiorari denied. *Peter P. Zion* for petitioners.

No. 947. TEN INDIVIDUAL DEFENDANTS ET AL. *v.* INDIAN LAKE ESTATES, INC. C. A. D. C. Cir. Motion of Arthur J. Hillman for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *J. H. Krug* and *Albert Philipson* for petitioners. *Ralph E. Becker* and *F. Murray Callahan* for respondent. *Arthur J. Hillman,* as *amicus curiae,* in support of the petition.

No. 952. ARO MANUFACTURING CO., INC., ET AL. *v.* AUTOMOBILE BODY RESEARCH CORP. C. A. 1st Cir. Motion to use record in No. 21, October Term, 1960, and No. 75, October Term, 1963, granted. Certiorari denied. *David Wolf* and *Charles Hieken* for petitioners.

No. 961. BELL *v.* UNITED STATES. C. A. 6th Cir. Motion to adopt portions of petition in No. 794 granted. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion and petition. *C. Allen High, Edward B. Henslee, Jr.,* and *Francis H. Monek* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 988. ALABAMA ET AL. *v.* BLAND. C. A. 5th Cir. Motion to dispense with printing respondent's brief granted. Certiorari denied. *Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for petitioners. *Fred S. Ball* for respondent.